UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAWN BRITTON WIGGINS
d/b/a JESUS,
    Plaintiff,

vs.                                              Case No.: 3:21cv3908/TKW/EMT

CHRIST, et al.,
    Defendants.
    _____/

## **REPORT AND RECOMMENDATION**

Plaintiff, proceeding pro se, initiated this civil rights action by filing a complaint pursuant to 42 U.S.C. § 1983 (*see* ECF No. 1) and a motion to proceed in forma pauperis (ECF No. 2). Upon initial review of the complaint, it appeared venue is improper in this district and that the case should be transferred to the United States District Court for the Middle District of Florida. The undersigned thus entered an order on January 6, 2022, directing Plaintiff to show cause within twenty-one days why the case should not be transferred to the United States District Court for the Middle District of Florida and advising that failure to comply with the order would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court (ECF No. 4). More than twenty-one days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and/or failure to comply with an order of the court.

At Pensacola, Florida, this 31st day of January 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No.: 3:21cv3908/TKW/EMT