UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHAWN BRITTON WIGGINS
d/b/a JESUS,
    Plaintiff,

vs.                                  Case No.: 3:21cv3908/TKW/EMT

CHRIST, et al.,
    Defendants.
_____/

## **ORDER**

      This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed.

      Typically, when a party fails to respond to an Order to Show Cause, the Court will take the action that it directed the party to explain why it should not take. Here, although Plaintiff did not respond to the Order to Show Cause (Doc. 4) directing him to explain why this case should not be transferred to the Middle District of Florida, the Court finds that a transfer is not warranted for two reasons. First, the Order to Show Cause expressly warned Plaintiff that the magistrate judge would recommend that the case be dismissed, not transferred, if he failed to comply with the Order. Second, the Court sees no good reason to burden the Middle District with a patently frivolous suit in which Plaintiff ("d/b/a Jesus") sues "Christ" and the United States

of America, refers to various biblical verses, and asserts incomprehensible claims that seemingly relate to a state criminal case that have nothing to do with either of the defendants.

Accordingly, consistent with the magistrate judge's recommendation and based on Plaintiff's failure to respond to the Order to Show Cause, it is

**ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** based on Plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 22nd day of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv3908/TKW/EMT